April 21, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

LUCIDALIA CHAVEZ, Appellant

NO. 14-14-00481-CV                    V.

WALTER CHAVEZ, Appellee

_____

This cause, an appeal from the judgment, signed, March 17, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant, Lucidalia Chavez, to pay all costs incurred in this appeal. We further order this decision certified below for observance.